UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


GEORGE MORGAN,

       Petitioner,

v.                              CASE NO. 08-15069
                                 HONORABLE DENISE PAGE HOOD
JEFFREY WOODS,             MAGISTRATE JUDGE VIRGINIA M. MORGAN

       Respondent.

_____/

## **JUDGMENT**

    In accordance with the Opinion and Order entered on this date,

    **IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is

**DENIED**.  Judgment is entered in favor of Respondent and against Petitioner.


                               S/Denise Page Hood_____
                               Denise Page Hood
Dated:  December 14, 2010      United States District Judge

    I hereby certify that a copy of the foregoing document was served upon George
Morgan, Reg. No. 276743, Mound Correctional Facility 17601 Mound Rd., Detroit, MI
48212 and counsel of record on December 14, 2010, by electronic and/or ordinary mail.

                               S/William F. Lewis_____
                               Case Manager

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


GEORGE MORGAN,

        Petitioner,

v.                           CASE NO. 08-15069
                                  HONORABLE DENISE PAGE HOOD
JEFFREY WOODS,               MAGISTRATE JUDGE VIRGINIA M. MORGAN

        Respondent.

_____/

## **JUDGMENT**

    In accordance with the Opinion and Order entered on this date,

    **IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is

**DENIED**. Judgment is entered in favor of Respondent and against Petitioner.



                                S/Denise Page Hood
                                Denise Page Hood
Dated: December 14, 2010        United States District Judge

    I hereby certify that a copy of the foregoing document was served upon George Morgan, Reg. No. 276743, Mound Correctional Facility 17601 Mound Rd., Detroit, MI 48212 and counsel of record on December 14, 2010, by electronic and/or ordinary mail.

                                S/William F. Lewis
                                Case Manager